

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NZ PUMP COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAM BROWN SALES COMPANY, doing business as "HI-TECH INDUSTRIES, INC.," a Michigan corporation; DETAILYOURCAR.COM, LLC, a Florida limited liability company; and HERSCHEL S. WROTSLAVSKY, an individual, <br><br> Defendant. | Case No. CV 12-08345 PA (Ex) <br><br> [PROPOSED] CONSENT JUDGMENT |

CHRISTIE, PARKER & HALE, LLP

1  The parties have reached settlement in the above action. As part of the settlement, defendants agree to stop using the name and mark E-Z ACTION in connection with the marketing and sale of drum pumps and to change the trade dress of its drum pump. The specific terms of the settlement are contained in a written binding Confidential Settlement Agreement which has been executed by and between the parties. The parties have acknowledged that the terms of the Confidential Settlement Agreement are specifically enforceable by this Court including injunctive relief ~~and the Court retains jurisdiction for that purp~~ose. In view of the Confidential Settlement Agreement, the complaint is dismissed with prejudice, with each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

11/27/12

_____
U.S. District Court Judge

RG PAS1202774.1-*-11/26/12 12:20 PM

# CERTIFICATE OF SERVICE

I certify that on November 26, 2012, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **[PROPOSED] CONSENT JUDGMENT** was served on the parties in this action by **EMAIL & U.S. MAIL** addressed as follows:

| | |
|---|---|
| Ian Stewart | Attorneys for Defendants |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP | *Sam Brown Sales Company,* |
| 555 South Flower Street, Suite 2900 | *Detailyourcar.com, LLC; and* |
| Los Angeles, CA 90071 | *Herschel S. Wrotslavsky* |
| (213) 443-5100 (Telephone) | |
| (213) 443-5101 (Facsimile) | |
| Ian.stewart@wilsonelser.com | |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on November 26, 2012 at Glendale, California.

_____
Roxanne Gaines

CHRISTIE, PARKER & HALE, LLP